IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YONNY PIEDRA-LARIOS,<br><br>Defendant. | CRIMINAL FILE NO.<br><br>1:13-CR-457-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 33] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 23]. The Defendant failed to file a direct appeal of his conviction and the grounds stated in the motion are procedurally defaulted. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 23] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 29th day of November, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge